423 A.2d 1325

Commonwealth v. Johnson, C., Appellant.

Submitted June 29, 1979. Norman Ackerman, for appellant; Eric B. Henson, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, GATES and DOWLING, JJ.*

Judgment of sentence affirmed.

423 A.2d 1326

Commonwealth v. Ritz, Appellant.

Submitted April 12, 1979. William E. Duffield, for appellant; Gerald R. Solomon, District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and MONTGOMERY, JJ.

Judgment of sentence affirmed.

* President Judge G. Thomas Gates of the Court of Common Pleas of Lebanon County, Pennsylvania, and Judge John C. Dowling of the Court of Common Pleas of Dauphin County, Pennsylvania, are sitting by designation.